EDWARD STAMER, Respondent, *v.* DUNBAR NATIONAL BANK, Appellant.

Argued June 18, 1942; decided July 29, 1942.

*William B. Davis* and *E. C. Sherwood* for appellant.

*Harold Ira Panken* and *Irving Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.